AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FRANKLIN DELANA JARRELL | ) | Case No.  3:25-mj- 1098-LLL |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 13, 2025__ in the county of __Duval__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875 | Sending a Threatening Communication in Interstate Commerce |
| 18 U.S.C. § 115(a)(1)(B) | Making Threats Against a Federal Official |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SSA JOHN B. ROLANDER - USSS
Printed name and title

Sworn to before me and signed in my presence.

Date: February 21, 2025

_____
Judge's signature

City and state: Jacksonville, FL

LAURA LOTHMAN LAMBERT
Printed name and title

## CRIMINAL COMPLAINT AFFIDAVIT

I, John B. Rolander, being duly sworn, depose and state:

### I.     INTRODUCTION

1. I am a Senior Special Agent (SSA) with the United States Secret Service (USSS) and have been so employed since August 2004. I am a "Federal law enforcement officer," as defined under 18 U.S.C. § 115. My assigned duties include the investigation of federal criminal offenses, including threats directed towards current and former protectees of the USSS. I have participated in numerous investigations involving threatening communications in violation of 18 U.S.C. § 875 and threats against former Presidents and other Secret Service protectees in violation of 18 U.S.C. § 879. Based on my training and experience, I am familiar with numerous federal criminal offenses to include forcibly assaulting a federal officer in violation of 18 U.S.C. § 111(a)(1) and threats against federal officials in violation of 18 U.S.C. § 115(a)(1)(B).

2. The information in this Affidavit is based on my personal knowledge as well as information, knowledge, observations, and investigations of other federal, state, and local law enforcement officers and civilians.

3. This Affidavit does not contain all information discovered during this investigation, rather only that information believed to be sufficient to support probable cause for the requested criminal complaint.

4. Based on the information in this Affidavit, I request that a criminal complaint be issued for FRANKLIN DELANA JARRELL for violations of 18 U.S.C. §§ 111(a)(1), 115(a)(1)(B), and 875.

## II. PROBABLE CAUSE

5. On or about February 13, 2025, the FBI/National Threat Operations Center notified the United States Secret Service Protective Intelligence and Assessment Division, Protective Intelligence Operations Center, that an unidentified TikTok user under the handle "dale.jarrell8" posted the following messages on his/her TikTok account on or about February 11 and 12, 2025:

- "I got your IP numbers that means I have your address so when I come for you you'll never see it coming stank booty"
- "I'm coming to kill you and you won't worry about wearing a wranglers no more looking to put you in pajamas look at your teeth you're as big as a goddamn crocodile you were mine I'm going to blow your"
- "I'm going to blow your brains out you won't go back home not unless you're in the box you'll never see me coming we're real rednecks not want to be n****** or whatever you are we're going to kill you"

On February 11, 2025, the user (under the same handle) posted this comment in response to a video regarding Kamala Harris: "[I]f she is a n** she don't even know what she is she's one b* I will take a sniper rifle and blow her head off like they're trying to do with Trump f*** her[.]" On the same day, the user (under the same handle)

2

posted comments in response to a video regarding Representative Ilhan Omar: "I want to take them glasses off her head and shove them up her ass come South we will kill your ass nappy head" and "I can't stand m* like that and I don't give a f what anybody thinks bring your ass down to Jacksonville Florida and we will kill your ass we don't play come down south nappy head[.]"

6. On or about February 12, 2025, the FBI National Threat Operations Center (NTOC) Exigent Threat Research and Analysis Crisis Team (EXTRACT) received a voluntary emergency disclosure of information from TikTok that contained customer records and stored communications for the TikTok user who posted the aforementioned comments. As part of this emergency disclosure, TikTok identified a Google e-mail account associated with the TikTok user, dljrrll@gmail.com (the "Gmail account").

7. On or about February 14, 2025, St. Johns County Sheriff's Office received subscriber information for dljrrll@gmail.com. The subscriber information, which I reviewed, identified a telephone number, 904-895-0870, associated with the Gmail account. Via subpoena, I then obtained subscriber information associated with the phone number, which identified someone named FRANKLIN JARRELL. The TikTok user handle and the subscriber shared the name, JARRELL.

8. On February 18, 2025, I called the telephone number and attempted to speak with JARRELL regarding the TikTok threat he allegedly posted in which he threatened to "blow Kamala Harris' head off with a sniper rifle." A male voice

3

answered the phone, and I identified myself as a Special Agent with the Secret Service. I asked to speak with DALE JARRELL, and the male acknowledged he was DALE JARRELL.

9.  I advised him that I needed to speak with him concerning a threat that had been posted to his TikTok account. I asked him if he had a TikTok account and JARRELL verified his TikTok handle was DaleJarrell. I asked JARRELL if his account ended with a number and he became verbally aggressive and stated he did not know about a number. He then spoke about former VP Kamala Harris and referred to her as a "nappy headed n***." I recognized this type of verbiage as the same type of rhetoric that the TikTok user posted. I then asked JARRELL if he would be willing to meet in person for an interview regarding this threat. At this time, JARRELL became verbally aggressive and stated he would "kick my ass," and if I "came to his home" I "would never leave." I asked him what he meant by his statement and he said that he had a house "full of guns" and "I would find out." JARRELL said he could say "whatever he wanted" because of his "First Amendment Right." I advised JARELL that his right to freedom of speech did not include terroristic threats, and that threating to kill the former Vice President was a federal crime. JARRELL's tone became more irate, and he threatened to kick my front teeth in if I came to his house. He again stated he had a house full of weapons and I would never "make it past his fence line" if I showed up. He then terminated the call.

4

10. After this call on the same date, approximately beginning at 1157 hours until 1646 hours, JARRELL called my phone 25 times. He also left 21 voicemails. Five of the voicemails are capitulated below:

- "Because he's stupid. He doesn't know what's he doing. I'm going to come kick his ass is what I'm going to do. Do you think I got something to worry about? I hate a Yankee. One hundred percent. And you let them nasty ass cops come into my house. I told them to fuckin' leave. You ain't nothin' but a fuckin' Yankee."

- "You and Kamala, Kamala Harris can suck each other's dicks. Ain't none of you worth nothing. You're a bunch of goddamn democrats. Come to me. You threatened to come to my house. I want you to. I will kill you straight up. You want to threaten me with the FBI or the IBIs or whatever. Bring your ass to my house. You will not cross that fence line. You nappy head mother fucker."

- "He's a pussy. He is nothing. My legal team is ready. We gonna kick you in yours. Come after me mother fucker. That's what I want you to do. You will not leave Florida. Fucking Washington DC is a bunch of dick suckers."

- "He's a little weasel. No more and no less. All democrats are dick suckers. And I mean that. You bitched me out. You fucked with me early in the mornin. Now it's time for me to fuck with you. Weasel.

- That's all you are is a little weasel. I will knock your teeth out in three seconds."

- "Let me tell you somethin' you little punk. I got your IP number and I'm gonna find you. And I'm gonna beat your goddamn ass."

- "He's a frog with no ass. That motherfucker, I would knock his teeth out. Come. You're trying to figure out where I'm at? Come on down to Jacksonville, you'll find me very easy. I will kill you, and that piece of shit Kamala Harris. You aint got nothing on me. Dead man walking. Keep fucking with me. That's all ill tell you. We don't play. We don't like democrats and we don't like Yankees."

11. I queried the TransUnion Law Enforcement (TLO) database for telephone number 904-895-0870. The query provided a name, FRANKLIN DELANA JARRELL, as the owner of the telephone number. I queried the Driver and Vehicle Information Database for FRANKLIN DELANA JARRELL, which provided a match in the Jacksonville area. I provided this information to a St. Johns Sheriff's Office Detective and he queried this individual in their database. He was able to provide me with an updated address of 8169 Maple Street, Jacksonville, FL.

12. A Jacksonville Sheriff's Office (JSO) Detective also contacted the owner of this residence, Franklin Jarell Sr. Mr. Jarrell verified that his son, Franklin Jarrell Jr., lived at this residence with him. I spoke with Mr. Jarrell and informed him that his son was currently threatening me, as well as former Vice President Kamala Harris.

He stated that his son had a drinking problem and hated the former Vice President for reasons he did not understand. I asked Mr. Jarrell if he could speak with his son and attempt to calm him down so I could interview him. Mr. Jarrell stated he would speak with his son and attempt to deescalate the situation. Approximately five minutes later, I received another call from JARRELL. I answered the call, hoping his father had calmed him down. JARRELL began yelling at me, saying if I ever talked to his father again, that he would "kick my teeth in." He then terminated the call.

13. On the night on February 18, 2025, JSO arrested JARRELL at his home in Jacksonville, Florida. JSO then searched his home pursuant to a search warrant. As part of that search, I have been informed that they found ammunition. I have reviewed JARRELL's criminal record and learned he is a convicted felon.

14. JARRELL is currently detained in state custody with a $100,000.00 bond ordered.

## III. CONCLUSION

15. Based upon the foregoing, I submit that probable cause exists to believe that FRANKLIN DELANA JARRELL committed the crimes of sending a threatening communication in violation of 18 U.S.C. § 875 and making threats against a federal official in violation of 18 U.S.C. § 115(a)(1)(B).

John B. Rolander
Senior Special Agent
United States Secret Service

Sworn to and subscribed before me this 21st day of February 2025.

LAURA LOTHMAN LAMBERT
UNITED STATES MAGISTRATE JUDGE