UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                       **Case. No. 3:25-MJ-1098-LLL**

**FRANKLIN DELANA JARRELL**
_____

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, FRANKLIN DELANA JARRELL, in the above-styled cause.

The Clerk is requested to enter the appearance of Kathryn Sheldon, Esq., Assistant Federal Defender, as counsel for the Defendant. Kathryn Sheldon, Esq., shall be substituted for Assistant Federal Defender Waffa J. Hanania, Esq., the previous counsel assigned to the case. All further

1

notices and correspondence should be directed to Kathryn Sheldon.

DATED this 12th day of March 2025.

<div style="margin-left:40%">

A. FITZGERALD HALL, ESQ.
FEDERAL PUBLIC DEFENDER

*/s/ Kathryn Sheldon, Esq.*
_____
Kathryn Sheldon, Esq.
Florida Bar No. 1019538
Assistant Federal Defender
200 W. Forsyth Street, Suite 1240
Jacksonville, FL 32202
Telephone: 904-232-3039
Fax: 904-232-1937
E-Mail: Kathryn_sheldon@fd.org
Attorney for Defendant

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Appearance* has been furnished by electronic notification to Kelly S. Milliron, Assistant United States Attorney, this 12th day of March 2025.

/ *s/ Kathryn Sheldon, Esq.*
Kathryn Sheldon, Esq.
Assistant Federal Defender

3