UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:25-cr-68-MMH-LLL
 18 U.S.C. § 115(a)(1)(B)
FRANKLIN DELANA JARRELL, (Threat to Federal Law
a/k/a "Dale Jarrell" Enforcement Officer)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Threat to Federal Law Enforcement Officer)

On or about February 18, 2025, in the Middle District of Florida, the defendant,

FRANKLIN DELANA JARRELL,
a/k/a "Dale Jarrell,"

threatened to assault a Federal law enforcement officer, specifically a United States Secret Service Agent, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of his official duties, and with intent to retaliate against such law enforcement officer on account of the performance of his official duties, that is, during a telephone call with the Secret Service Agent, the defendant stated, among other things, that he would physically harm the Agent if the Agent came to his house during the course of an official investigation.

In violation of 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4).

## COUNT TWO
### (Threat to Federal Law Enforcement Officer)

On or about February 18, 2025, in the Middle District of Florida, the defendant,

FRANKLIN DELANA JARRELL,
a/k/a "Dale Jarrell,"

threatened to assault and murder a Federal law enforcement officer, specifically a United States Secret Service Agent, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of his official duties, and with intent to retaliate against such law enforcement officer on account of the performance of his official duties, that is, in a voicemail left for the Secret Service Agent, the defendant stated, among other things, that he would "kill" the Agent.

In violation of 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4).

## COUNT THREE
### (Threat to Federal Law Enforcement Officer)

On or about February 18, 2025, in the Middle District of Florida, the defendant,

FRANKLIN DELANA JARRELL,
a/k/a "Dale Jarrell,"

threatened to assault a Federal law enforcement officer, specifically a United States Secret Service Agent, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of his official duties, and with intent to retaliate against such law enforcement officer on account of the performance of his official duties, that is, in a voicemail left for the Secret Service Agent, the defendant stated, among other things, that he would "find" and "beat" the Agent.

In violation of 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4).

## COUNT FOUR
### (Threat to Federal Law Enforcement Officer)

On or about February 18, 2025, in the Middle District of Florida, the defendant,

**FRANKLIN DELANA JARRELL,**
a/k/a "Dale Jarrell,"

threatened to murder a Federal law enforcement officer, specifically a United States Secret Service Agent, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of his official duties, and with intent to retaliate against such law enforcement officer on account of the performance of his official duties, that is, in a voicemail left for the Secret Service Agent, the defendant stated, among other things, that he would "kill" the Agent and that the Agent was a "dead man walking."

In violation of 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4).

## FORFEITURE

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 115, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

SARA C. SWEENEY
Acting United States Attorney

By: *(signature)*
KELLY S. MILLIRON
Assistant United States Attorney

By: *(signature)*
DANIEL J. MARCET
Assistant United States Attorney
Chief, National Security

4

FORM OBD-34
3/12/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

FRANKLIN DELANA JARRELL

## INDICTMENT

Violations: 18 U.S.C. § 115(a)(1)(B)

A true bill,

███████████████████████████████

Filed in open court this 13th day of March, 2025.

_____
Clerk

Bail $_____

GPO 863 525