UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

    v.                                                   CASE NO. 3:25-cr-68-JEP-LLL

FRANKLIN DELANA JARRELL

### REQUEST FOR LEAVE TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), Gregory W. Kehoe, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Indictment pending against defendant, Franklin Delana Jarrell, in the above-captioned case, without prejudice, on the ground that the defendant passed away.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Indictment against defendant in the above-captioned case, without prejudice, and direct the Clerk of Court to close the case as to the said defendant.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  /s/ Kevin C. Frein
    KEVIN C. FREIN
    Assistant United States Attorney
    Federal Bar No. 0149144
    300 N. Hogan Street, Suite 700
    Jacksonville, Florida 32202
    Telephone:   (904) 301-6300
    Facsimile:   (904) 301-6310
    E-mail: kevin.frein@usdoj.gov

**U.S. v. Franklin Delana Jarrell**          **Case No. 3:25-cr-68-JEP-LLL**

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

> Kathryn Sheldon, Esquire
> Counsel for the Defendant.

*s/ Kevin C. Frein*
KEVIN C. FREIN
Assistant United States Attorney
